BEFORE THE FIRST DIVISION, OCTOBER 15, 1962

No. 67113.—E. W. Bruno Co., Inc., et al. *v*. United States, protests 59/18034, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.